Michael Sprouse #188459
ASPC Catalina Unit
P.O. Box 24409
Tucson, Arizona 85743


☒ FILED  ☐ LODGED
**Dec 26 2023**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Wayne Sprouse,<br>　　　Plaintiff,<br>v.<br>David Shinn,<br>　　　Defendant. | NO: CV 20-02238-PHX-DWL<br>PLAINTIFF'S RESPONSE TO<br>DEFENDANTS MOTION TO<br>DISMISS, DOCUMENT 78. |

　The Defendant states that Plaintiff failed to comply with the Courts order and was unprepared to provide trial preparation documents from the in-person meeting on December 20th, 2023. This is NOT TRUE. The Plaintiff was prepared for this meeting. The Plaintiff did in fact provide the following =

① = Stipulated joint statement of the case.
② = Plaintiff provided a list of witnesses that he will call.
③ = Proposed jury instructions.
④ = Joint proposed final pretrial order.
⑤ = Exhibits list that was marked Exhibits.

　The only thing the Plaintiff did not provide was the voir dire questions. The Plaintiff had NO IDEA what that was. The Defendant did provide a copy of the voir dire at the December 20th, 2023 meeting which was the first time Plaintiff had ever seen one or knew what it was.

(1)

Plaintiff did provide what the Court stated in Document 77 but number (2) as stated.

This Court has been told and must remember the Plaintiff has "NO" ACCESS to the internet and CANNOT go on-line to look up anything or e-mail Court personnel as outlined in Document 57, and that the Plaintiff has NO ACCESS to Legal books because the Prison unit Plaintiff is being held has NO Library so there are NO Legal Books.

The Plaintiff has NEVER done this before and is doing his best as he told this Court before and he is NOT a SCHOOLED ATTORNEY as the Defendants have.

The Defendant is just SCARED that they could Lose at trial and are trying everything to get this case Dismiss because they also are going to spend much more than what the Plaintiff stated he would settle for.

Plaintiff therefore Respectfully ask this Court that this case go's forward.

RESPECTFULLY SUBMITTED THIS 26th DAY OF DECEMBER, 2023.

Michael Sprouse Pro Se.

December 26, 2023

(2)