DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge: Dominic W. Lanza**      **Date: January 3, 2024**

**Case Number: CV-20-02238-PHX-DWL**

**Sprouse #188459 v. Shinn et al**

| **TELEPHONIC APPEARANCES:** | **Pro Se Plaintiff** | **Defendant(s) Counsel** |
|---|---|---|
| | Michael Wayne Sprouse | Lucy Marie Rand |

**TELEPHONIC MOTION HEARING:**

Argument is presented as to Defendant's Emergency Ex Parte Motion to Dismiss Case for Failure to Comply with Court Orders and Motion for Sanctions (Doc. 78).

For the reasons stated on the record, IT IS ORDERED granting Defendant's motion in part. IT IS FURTHER ORDERED dismissing this case without prejudice. The Final Pretrial Conference set for January 8, 2024, and the Jury Trial set for January 23, 2024 are vacated. All pending deadlines are terminated and pending motions are rendered moot. The Court will not impose any monetary sanctions upon Plaintiff. The Clerk will enter judgment accordingly.

Deputy Clerk: Sara Quinones
Court Reporter: Scott Coniam

**Start: 10:04 AM**
**Stop:  10:23 AM**
**Start: 10:24 AM**
**Stop:  10:40 AM**
**Total: 35 minutes**