# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Wayne Sprouse,<br><br>  Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>  Defendants. | NO. CV-20-02238-PHX-DWL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Orders as stated on the record on January 3, 2024, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                                            Debra D. Lucas
                                                            District Court Executive/Clerk of Court

January 3, 2024

                                                            s/ Sara Quinones
                                                    By  Deputy Clerk