# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Wayne Sprouse, | No. CV-20-02238-PHX-DWL |
| Plaintiff, | **ORDER QUASHING WRIT** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

    IT IS ORDERED quashing the Writ of Habeas Corpus Ad Prosequendum previously issued to the Warden, ASPC Tucson, Catalina SNU, to bring Michael Wayne Sprouse, inmate #188459, to the Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona on January 23, 2024 to participate in Jury Trial.

    Dated this 3rd day of January, 2024.

Dominic W. Lanza
United States District Judge